BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19TH Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile:  (415) 436-7706
Email: Jodi_Linker@fd.org

Counsel for Defendant SANCHEZ-CASAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-517 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| vs. ) | |
| ) | |
| RUBEN SANCHEZ-CASAREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      On June 15, 2009, defendant Ruben Sanchez pled guilty to one count of violating 8 U.S.C. Section 1326, illegal reentry after deportation. At that time, the Court scheduled the sentencing hearing for September 21, 2009 at 9:00 am. Recently, defense counsel learned that she has been assigned to be on "duty" on September 21st, and therefore will be in Magistrate Court at 9:30 am and will also likely need to meet with any new defendants prior to court that morning.

      Defense counsel spoke with the Court's courtroom deputy, who graciously suggested that the sentencing hearing be called first at 9am to allow defense counsel to get to Magistrate Court in time. After meeting and conferring with government counsel, however, the parties agree that

*U.S. v. Sanchez-Casarez*, CR 09-517 JL
STIP & [PROPOSED] ORDER TO CONT SENT. HRG    1

1  the sentencing hearing will be sufficiently complicated that it may not provide enough time for
2  the Court to adequately consider the parties respective positions if the hearing is held at 9am.
3  Specifically, Mr. Sanchez-Casarez pled guilty without a plea agreement with the government,
4  and the parties anticipate that there will be several open issues for the Court to decide at the
5  sentencing hearing.  Accordingly, the parties jointly request that the sentencing hearing be
6  continued to 11:00 am on September 21, 2009.[1]  Of course, if the Court is not amendable to this
7  proposal, defense counsel will make arrangements to be at the sentencing hearing as scheduled.
8      For the foregoing reasons, the parties hereby stipulate and agree that the sentencing
9  hearing in this matter shall be continued to September 21, 2009 at 11:00 am.
10      IT IS SO STIPULATED.

11    August 11, 2009                     /s/  *Daryl Eremin*
  DATED                               DARYL EREMIN
12                                      Assistant United States Attorney

13    August 11, 2009                     /s/  *Jodi Linker*
  DATED                               JODI LINKER
14                                      Assistant Federal Public Defender

15      IT IS SO ORDERED.



17
18    8/13/2009
  DATED

---

[1] The parties are requesting a continuance of the time of the hearing and not the date of the hearing because the following Monday is Yom Kippur, the Monday after that defense counsel is on jury duty, and the Monday after that is the Columbus Day holiday.  Accordingly in order to avoid a substantial delay in Mr. Sanchez-Casarez's sentencing, the parties request that the sentencing be continued by two hours.

*U.S. v. Sanchez-Casarez*, CR 09-517 JL
STIP & [PROPOSED] ORDER TO CONT SENT. HRG     2